KOLANY CHATMON #T741581
Name and Prisoner Number/Booking Number

4AVE Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

OCT 16 2023

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kolany CHATMON,
(Full Name of Petitioner)

Petitioner,

v.

MCSD, Paul Penzone et. USMS,
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

CASE NO. CV23-2148-PHX-ROS--CDB
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY**

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☑ Other (explain): Being Illegally held After posting bond by MCSO due to USMS violating extradition treaties.

2. (a) Name and location of the agency or court that made the decision you are challenging: Maricopa County Superior Court

   (b) Case or opinion number: 2021-143451-001

   (c) Decision made by the agency or court: The USMS will judicate Petitioner CHATMON even though bond was posted.

   (d) Date of the decision: 9-7-23

Revised 3/15/16                    1

530

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☑

   If yes, answer the following:

   (a) First appeal:

   (1) Name of the agency or court: _____N/A_____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Second appeal:

   (1) Name of the agency or court: _____N/A_____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (c) Third appeal:

   (1) Name of the agency or court: _____N/A_____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

(4) Result: _N/A_

(5) Date of result: _____

(6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: _The Maricopa Superior Court Judge Garabino stated the petitioner Chatman had to take it up with District Court and Federal Jurisdiction._

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☑   No ☐

    If yes, answer the following:

    (a) Name of the agency or court: _Maricopa County Superior Court_

    (b) Date you filed: _9-2-23_

    (c) Opinion or case number: _2021-13451-001_

    (d) Result: _Denied_

    (e) Date of result: _9-7-23_

    (f) Issues raised: _Emergency Petition for Writ of Habeas Corpus being illegally held for over two weeks after posting bond. USMS was not notified by MCSO. Petitioner Federal lawyer Mrs. Castillo notified USMS, which still held imprisonment._

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Being Illegally held After posting cash bond. The USMS were not notified the petitioner CHATMON had post bond by MCSO. Afterwards the petitioner sat two weeks No extradition into Federal custody by USMS after lawyer contact them. In violation of Due process and equal protection 14th, 5th, 8th US Const Amend.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

On 8-21-23 the petitioner Kolany CHATMON posted an all cash bond In custody of Maricopa County Sheriff's office. The petitioner sat two weeks Afterwards Awaiting US Marshal services. On 8-30-23 An email was sent to MCSO's SIMS unit to USMS stating An error was made and the petitioner had a court date of 9-8-23. The petitioner CHATMON Immediately filed An Emergency writ of Habeas Corpus being illegally held. The petition was denied by Judge David Garabino After MCSO stated federal Authorities claiming to Judocate after my charges are done. However, that is not applied if the detainee post A bond.

The petitioner federal counsel Erindia Castillo contact US Marshal which they told her I was never bonded out and MCSO Never notified them. She also asked the District court for writ Ad prosequendum for the defendant to Appear in federal court for hold of probation violation.

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes ☑   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☑ Other: The MCSO Jail Commander, USMS and director

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

**GROUND TWO:** _N/A_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
_N/A_

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _N/A_

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
_N/A_

**GROUND THREE:** _N/A_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _N/A_

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
N/A

**GROUND FOUR:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: N/A

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
N/A

**Please answer these additional questions about this petition:**

7.  Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐   No ☑
    (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

    (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☐   No ☑

       If yes, answer the following:

       (1) Name of court: _____

       (2) Case number: _____

       (3) Opinion or case number: _____

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b) Explain why the remedy under § 2255 is inadequate or ineffective: I AM NOT challenge a conviction or sentence

8.  If this case concerns immigration removal proceedings, answer the following:

    (a) Date you were taken into immigration custody: N/A

    (b) Date of removal or reinstatement order: _____

    (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☑

       (1) Date you filed: N/A

       (2) Case number: _____

       (3) Result: _____

8

(4) Date of result: _____

(5) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☑

    (1) Name of the court: _____

    (2) Date you filed: _____

    (3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: SEE All records of MCSO and USMS via email. Writ Ad prosequendum for the petitioner to by extradited by USMS into federal custody. Credit for time served that the Petitioner sat on bond awaiting US Marshal services.
or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on October 9th, 2023 (month, day, year).

_X_ (signature)
**Signature of Petitioner**

_____
**Signature of attorney, if any**

10·9·23
**Date**

9

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# **CERTIFICATION**

I hereby certify that on this date _____**October 10, 2023**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

_____
Legal Support Specialist Signature       **B4627**
                                          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009