# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kolany Chatmon,<br><br>    Petitioner,<br><br>v.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>    Defendants. | **NO. CV-23-02148-PHX-ROS (CDB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 1, 2024, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

May 1, 2024

By   s/ K. Gray
     Deputy Clerk